LDA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Azell Malone,

Plaintiff,

v.

Lockheed Martin Corporation, A Maryland Corporation, and Carl Supancic

Defendants.

Civil Action No. ____________

**NOTICE OF REMOVAL**

CA 07 065T

**TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND; AND**

**PLAINTIFF AZELL MALONE AND HIS ATTORNEY MICHAEL F. DRYWA, JR., SIMS & SIMS, LLP, 53 ARLINGTON STREET, BROCKTON, MA 02303.**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Lockheed Martin Corporation ("Lockheed") and Carl Supancic ("Supancic"), hereby provide Notice of Removal of this action from Superior Court, County of Newport, State of Rhode Island to this United States District Court, District of Rhode Island.

1. On or after January 30, 2007, Plaintiff Azell Malone ("Malone") commenced *Azell Malone v. Lockheed Martin Corporation and Carl Supancic*, by service of the Summons and Complaint upon Lockheed and Malone. No other pleadings have been served or filed by the parties in this matter. Defendants have not submitted an Answer to Malone's Complaint in state court. No motion hearings are pending in the state court action. No orders have been issued.

2. This Notice is filed pursuant to 28 U.S.C. §§ 1331 and 1441 which provide for removal of any civil action which arises under the laws of the United States, also known as a federal question.

3. This Notice, according to the requirements of 28 U.S.C. § 1446, is made within thirty (30) days of receipt by Defendants of the Summons and Complaint.

4. Defendants are entitled to removal of this action pursuant to 28 U.S.C. § 1331 as the action arises under the laws of the United States. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331. Malone's claims allegedly involve rights and issues arising under Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 2000e, *et seq*. *See Complaint, Count One*.

5. To the extent that not all of the claims asserted in Malone's Complaint are removable pursuant to 28 U.S.C. § 1441, this court has supplemental jurisdiction over all other related claims alleged in the Complaint pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

7. Simultaneously with the filing of this Notice of Removal, Defendants are providing notice to all adverse parties and is filing a copy of this Notice of Removal with the Clerk of Superior Court, County of Newport, State of Rhode Island, pursuant to 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), Defendants have attached as Exhibit A all the state court process, pleadings, and orders served upon it.

**WHEREFORE**, Defendants respectfully request the above-entitled action be removed from the District Court, County of Newport, State of Rhode Island to this United States District Court and that this Court assume full jurisdiction over the cause herein as provided by law.

Respectfully Submitted,

**REYNOLDS, DeMARCO & BOLAND LTD.**

Mark T. Reynolds, Esq. (RI Bar # 4764)
170 Westminster Street
Suite 200
Providence, Rhode Island 02903
Telephone: 401.861.5522
Facsimile: 401.331.4861

and

**BLACKWELL BURKE PA**
Tamika R. Nordstrom (MN Bar #275463)
33 South Sixth Street
Suite 4600
Minneapolis, Minnesota 55402
Telephone: 612.343.3200
Facsimile: 612.343.3205

*Attorneys for Defendants Lockheed Martin Corp. and Carl Supancic*

CERTIFICATION

I hereby certify that on 15 February 2007 I mailed a copy of the within to:

Michael F. Drywa
Simms & Simms LLP
PO Box 7367
Brockton, MA 02303