UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AZELL MALONE | : | |
| | : | |
| vs. | : | C.A. No. 07-65 T |
| | : | |
| LOCKHEAD MARTIN CORPORATION | : | |
| and CARL SUPANCIC | : | |

MOTION FOR ADMISSION PRO HAC VICE

The defendants, Lockhead Martin Corporation and Carl Supancic, hereby move that Tamika R. Nordstrom, Esquire be admitted Pro Hac Vice in the above case as counsel with local counsel identified below.

DEFENDANTS
By their attorney,

_/s/Mark T. Reynolds____________________

Mark T. Reynolds, Esquire #4764
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861
mtreynolds@conversent.net

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Minnesota and of the following Federal District Court and/or Court of Appeals Bar(s): Minnesota Federal District Court and the Eighth Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

_/s/Tamika R. Nordstrom____________
Tamika R. Nordstrom (MN Bar #275463)
BLACKWELL BURKE PA
33 South Sixth Street, Suite 4600
Minneapolis, MN 55402
(612) 343-3200
Fax: (612) 343-3205
tnordstrom@blackwellburke.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

_/s/Mark T. Reynolds___________________
Mark T. Reynolds, Esquire #4764
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861
mtreynolds@conversent.net

ORDER

This motion is hereby ______________________________________________

______________________________
District Judge
Date:

#119592

CERTIFICATION

I hereby certify that on 1 March 2007 I served a copy of the within electronically upon:

| | |
|---|---|
| Michael F. Drywa, Jr., Esquire<br>michael@simsandsimsllp.com | |

__/s/ Mark T. Reynolds_______________