IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND.

---

Azell Malone,

Plaintiff,

Civil Action No.: 07-65 T

v.

**FILING OF STATE COURT RECORD**

Lockheed Martin Corporation
and Carl Supancic,

Defendants.

---

Defendants, Lockheed Martin Corporation and Carl Supancic, by their attorney, respectfully represent that pursuant to Local Civil Rule 81(b), attached hereto are certified copies of the docket sheet from the Rhode Island Superior Court for the County of Newport, and certified copies of those documents filed in this matter in the Rhode Island Superior Court for the County of Newport.

DEFENDANTS,
By their attorney,

Mark T. Reynolds

Mark T. Reynolds, Esquire (#4764)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on the 23rd day of February, 2007, I mailed a copy of the within to Michael Drywa, Esquire, Simms & Simms, LLP, 53 Arlington Street, P.O. Box 7367, Brockton, MA 02303.

Rachel Osorio