# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPERIOR COURT
## CIVIL DOCKET SHEET

Case ID: NC-2007-0021 AZELL MALONE V LOCKEED MARTIN CORPORATION

Filing Date: 01-18-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 02-16-2007

Plaintiff: AZELL MALONE
ID: @10884049

Attorney: MICHAEL DRYWA

Defendant: LOCKHEED MARTIN CORPORATION
ID: @10884050
Defendant: CARL SUPANCIC
ID: @10884051

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-18-2007 | COMPLAINT FILED | |
| 01-18-2007 | INITIAL FILING FEE | |
| 01-18-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCN28331. |
| 02-06-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: LOCKHEED MARTIN CORPORATION |
| 02-06-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: SUPANCIC, CARL |
| 02-16-2007 | NOTICE OF REMOVAL | |
| 02-16-2007 | CASE REMVD TO US DISTRICT CT | |
| 02-16-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Jane M. Anthony

Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island