**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AZELL MALONE,** **Plaintiff** | : | |
| **v.** | : | **C.A. No. 07-65-T** |
| **LOCKHEED MARTIN CORPORATION and CARL SUPANCIC,** **Defendants** | : | |

**PLAINTIFF'S EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINE**

The Plaintiff in the above referenced matter hereby Moves this Honorable Court for an Order extending the deadline for conducting discovery for an additional thirty (30) days. Presently, the Closure Date is set for November 1, 2007.

As grounds for the present motion, the Plaintiff states that in or about August, 2007, the Plaintiff was assigned by Defendant Lockheed Martin Corporation (his employer) to work on a project in Wisconsin, which requires his presence in that state three weeks out of every month. At the time of the original assignment, the duration of the assignment was uncertain. This assignment continues to the present day. As a result of the Plaintiff's assignment to Wisconsin, his ability to assist his attorney with the preparation of this case has been compromised, insofar as he is unable to freely travel to Rhode Island without substantial cost and, furthermore, communications are more difficult. The re-assignment was not known to the Plaintiff or his attorney at the time the Court issued its Scheduling Order.

In addition, due to the Plaintiff's re-assignment to Wisconsin, recent witness depositions (taken on October 24, 2007), required the Plaintiff to expend his personal funds to return to Rhode Island to be present, since he was not scheduled to return to Rhode Island until November 2, 2007, a date later than the Closure Date. In addition, said depositions were scheduled near the

Closure Date as a direct result of the difficulty in arranging a time for the Plaintiff to return and the delay in communications. Defendants were unwilling to agree to an extension of the discovery deadline at that time in order to accommodate the Plaintiff's situation and have made it clear that they remain unwilling to do so to the present. As a result, the scheduling of depositions around the Plaintiff's travel schedule has led to a delay in accomplishing all desired depositions within the Closure Date. The Plaintiff presently desires to take another 2-4 (but no more than 4) witness depositions in this matter and will be able to accomplish same before December 1, 2007, making only a small adjustment in the Scheduling Order necessary and placing no discernable burden on the Defendants.

WHEREFORE, the Plaintiff requests that his Motion to Extend the Discovery Deadline for an additional thirty (30) days be granted.

PLAINTIFF
By his attorneys,
SIMS & SIMS LLP

October 25, 2007

/s/

Michael F. Drywa, Jr. (#5999)
53 Arlington Street
P.O. Box 7367
Brockton, MA 02303
(508) 588-6900
(508) 586-3320 (fax)

## CERTIFICATE OF SERVICE

I, Michael F. Drywa, Jr., hereby certify that the within Motion was served upon the below-named counsels of record via email and first class mail at the addresses listed and that same has been electronically filed and is available for viewing and downloading from the court's ECF system.

**Tamika R. Nordstrom, Esq.**
Miller & Martin PLLC
1170 Peachtree Street NE
Suite 800
Atlanta, GA 30309
tnordstrom@millermartin.com

**Mark T. Reynolds, Esq.**
REYNOLDS, DeMARCO & BOLAND, LTD.
146 Westminster Street, Suite 400
Providence, RI 02903
mtreynolds@conversent.net

/s/
Michael F. Drywa, Jr., Esq. (#5999)
SIMS & SIMS LLP
53 Arlington Street
Brockton, MA 02303
508-588-6900