**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

Azell Malone,

Plaintiff,

C.A. No: 07-65-T

v.

Lockheed Martin Corporation
And Carl Supancic,

Defendants.

---

**DEFENDANTS' OBJECTION TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINE**

Defendants Lockheed Martin Corporation ("Lockheed Martin") and Carl Supancic object to Plaintiff's motion to extend the discovery deadline. As set forth in the accompanying Memorandum of Law, Plaintiff has no valid excuse justifying this request and only seeks to delay the timely processing of this case. Defendants have completed discovery and are poised to begin the summary judgment process.

**WHEREFORE,** Defendants respectfully request that Plaintiff's emergency motion to extend the discovery deadline be denied.

LOCKHEED MARTIN CORPORATION AND
CARL SUPANCIC
By their Attorney,

MILLER & MARTIN PLLC

/s/ Tamika R. Nordstrom
Tamika R. Nordstrom MN#275463
1170 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-7706
Telephone: 404.962.6413
Facsimile: 404.962.6315
Email: tnordstrom@millermartin.com

and

/s/ Mark T. Reynolds

Mark T. Reynolds, Esq. #4764
REYNOLDS, DeMARCO & BOLAND LTD.
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
Telephone: 401.861.5522
Facsimile: 401.331.4861
Email: mtreynolds@conversent.net

CERTIFICATION

I hereby certify that on October 30, 2007 I served a copy of the within electronically upon:

Michael F. Drywa, Jr., Esquire
michael@simsandsimsllp.com

/s/ Tamika R. Nordstrom