**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AZELL MALONE,** **Plaintiff** | : | |
| **v.** | : | **C.A. No. 07-65-T** |
| **LOCKHEED MARTIN CORPORATION and CARL SUPANCIC,** **Defendants** | : | |

**<u>PLAINTIFF'S EMERGENCY MOTION FOR SANCTIONS</u>**

The Plaintiff in the above referenced matter hereby Moves this Honorable Court for an Order sanctioning the Defendants and/or Defendants' attorney for their interference with the testimony of a witness and intimation of a witness called to give deposition testimony by the Plaintiff. As grounds for the present motion, the Plaintiff has submitted a Memorandum of Law filed contemporaneously herewith.

**WHEREFORE**, the Plaintiff respectfully prays for the following relief:

1. That Defendants be ordered to pay for the Plaintiff's attorney's time to prepare for and take the depositions of Mr. Goulart and Mr. Cobb;
2. That Defendants be ordered to pay for the Plaintiff's travel expenses to attend the deposition (the Plaintiff had been reassigned to Wisconsin in August, 2007 and was required to expend personal funds to attend the deposition);
3. That the Defendants be ordered to pay for the cost of the deposition transcripts;
4. That the Defendants be ordered to pay for the cost of the preparation of the present Motion;
5. That the Defendants be ordered to pay for the re-taking of Mr. Goulart and Mr. Cobb's depositions;
6. That the Defendants' attorney be ordered to refrain from discussing this case or potential testimony with Mr. Goulart and Mr. Cobb forthwith;

7. That the discovery deadline be extended for a reasonable amount of time to allow for the re-taking of these depositions, if it has not already been extended by prior motion.

Plaintiff
By his attorneys,
SIMS & SIMS, LLP

Dated: November 1, 2007

/s/ Michael F. Drywa, Jr.

Michael F. Drywa, Jr. (#5999)
53 Arlington Street
P.O. Box 7367
Brockton, MA 02303
(508) 588-6900
(508) 586-3320 (fax)

**CERTIFICATE OF SERVICE**

I, Michael F. Drywa, Jr., hereby certify that the within Motion was served upon the below-named counsels of record via email and first class mail at the addresses listed and that same has been electronically filed and is available for viewing and downloading from the court's ECF system.

**Tamika R. Nordstrom, Esq.**
Miller & Martin PLLC
1170 Peachtree Street NE
Suite 800
Atlanta, GA 30309
tnordstrom@millermartin.com

**Mark T. Reynolds, Esq.**
REYNOLDS, DeMARCO & BOLAND, LTD.
146 Westminster Street, Suite 400
Providence, RI 02903
mtreynolds@conversent.net

/s/

Michael F. Drywa, Jr., Esq. (#5999)
SIMS & SIMS LLP
53 Arlington Street
Brockton, MA 02303
508-588-6900