# MALONE v. LOCKHEED MARTIN CORPORATION, ET AL.

# 07-65-T

# PLAINTIFF'S MEMORANDUM OF LAW SUPPORTING MOTION FOR SANCTIONS

# EXHIBIT F

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * *

AZELL MALONE

-vs-

LOCKHEED MARTIN CORPORATION and CARL SUPANCIC

Civil Action No. 07-65-T

* * * * * * * * * * * * *

APPEARANCES: Michael F. Drywa, Junior, Esquire
53 Arlington Street
Post Office Box 7367
Brockton, Massachusetts 02303;
Representing the Plaintiff.

Tamika R. Nordstrom, Esquire
LAW OFFICES OF MILLER & MARTIN, PLLC
1170 Peachtree Street NE - Suite 800
Atlanta, Georgia 30309;
Representing the Defendants.

ALSO PRESENT: Lea Dipetrillo
Sabrina Cohen

DEPOSITION of KEITH B. COBB, a witness of lawful age, taken on behalf of the Plaintiff in the above-entitled cause wherein Azell Malone is the Plaintiff and Lockheed Martin Corporation et al are the Defendants, pending before the United States District

* * * * * *

Parisi Court Reporting
270 Hixville Road
North Dartmouth, Massachusetts 02747
(508) 984-5502

Barbara St. Jean, RPR, CSR No. 127693

Court for the District of Rhode Island, pursuant to notice and agreement of parties before Barbara St. Jean, CSR, RPR, commissioned in the State of Rhode Island, at the offices of Jamison Chase, Esquire, 2477 East Main Road, Portsmouth, Rhode Island, on Wednesday, the 24th day of October, 2007, at 12:00 o'clock Noon.

# I N D E X


| | Page |
|---|---|
| KEITH B. COBB | |
| Direct Examination By Mr. Drywa | 4 |

Q Did you have any problem with the fact that he was African American?
A No.
Q Was he a good manager for you?
A Like all the other managers I had.
Q Did you ever tell anybody that Al was an impediment to your career?
A No.
Q Did you ever say anything like that to anybody?
A No.
Q When did you first learn of this lawsuit?
A The actual being told about it was -- I guess it was last week when they told me I had to be here for a deposition.
Q Who told you that?
A Carl Supancic.
Q And when did he tell you that?
A A date, I do not know.
Q Had you heard any rumors that there was a lawsuit prior to last week?
A I heard that there was issues; but I didn't hear there was a lawsuit.
Q Okay. And you said Carl told you last week that there was a lawsuit.

A Well, he actually told me I had a be here for a deposition. And I asked him why. And he proceeded to tell me why.
Q And what did he tell you?
A He told me that there was a suit -- a lawsuit between Al Malone and Lockheed Martin and himself.
Q Yeah.
A And that was it.
Q That was it? So the meeting lasted a minute and a half or so?
A Yeah. And then yesterday I found out --
MS. NORDSTROM: I'm going to object to anything we talked about yesterday on the basis of attorney/client privilege.
Q Is she your lawyer?
A Yes. She is now.
Q Did you hire her?
A No. I did not. The company hired her for me.
Q The company did. And when did you learn of that?
A Yesterday.
Q And Carl told you that?
A No. She told me.
Q She told you that the company hired her to represent you today?

A Uh-huh.
Q Notwithstanding anything Ms. Nordstrom may have told you, did Mr. Supancic talk to you about your deposition testimony today?
A No.
Q Never said anything to you about it?
A (Witness Nodding)
Q Never told you how you should answer any of the questions put forth to you?
A No.
Q Did he talk to you about the facts of the case?
A No.
Q Didn't tell you what the nature of the lawsuit was about?
A I didn't hear about it until yesterday.
Q From Ms. Nordstrom only; right?
A Yup.
Q Nobody else; right?
A Yup.
Q Ever get in trouble at work for being absent?
A No.
Q Ever receive any kind of reprimand for taking days off?
A No.