UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AZELL MALONE

v. CA No. 07-65T

LOCKHEED MARTIN CORPORATION
AND CARL SUPANCIC

**ORDER**

Plaintiff's motion to extend discovery closure date until December 1, 2007 is hereby granted without prejudice to the defendants' right to object or move to quash any additional discovery request if it is oppressive or unnecessary to resolve any relevant issue in the case. Any additional discovery requests by the plaintiff shall be made no later than November 21, 2007. No further extensions will be granted.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 11/6/07