# EXHIBIT 1

**Tamika Nordstrom**

**From:** Tamika Nordstrom
**Sent:** Tuesday, October 02, 2007 3:06 PM
**To:** Michael Drywa
**Cc:** Deering, Dani
**Subject:** RE: Depositions - Malone v. LM

Michael:

We will defend and produce Rick Goulart and Keith Cobb for depositions. They are both committed to work on location on Oct. 17-18, however. They would be available on either Oct. 24th or 25th if either of those dates work for you.

---

**From:** Michael Drywa [mailto:michael@simsandsimsllp.com]
**Sent:** Tuesday, October 02, 2007 1:36 PM
**To:** Tamika Nordstrom
**Subject:** Depositions - Malone v. LM

Tamika,

I'd like to schedule the depositions of Rick Goulart and Keith Cobb as soon as possible. First, how does Oct. 17 or 18 work for you? I expect that both depos combined should take less than 4 hours. Second, would you be willing to guarantee their presence or will it be necessary to subpoena them? Get back to me when you get a chance. Thanks.

Michael