**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AZELL MALONE,**
**Plaintiff**

**v.** **C.A. No. 07-65-T**

**LOCKHEED MARTIN CORPORATION:**
**and CARL SUPANCIC,**
**Defendants**

## PLAINTIFF'S SUUPLEMENTAL EXHIBIT TO EMERGENCY MOTION FOR SANCTIONS

The Plaintiff in the above referenced matter hereby submits the attached affidavit as a supplemental Exhibit to the Plaintiff's Emergency Motion for Sanctions previously filed with this Court and scheduled for hearing on December 18, 2007.

Plaintiff
By his attorneys,
SIMS & SIMS, LLP

Dated: December 17, 2007

/s/ Michael F. Drywa, Jr.

Michael F. Drywa, Jr. (#5999)
53 Arlington Street
P.O. Box 7367
Brockton, MA 02303
(508) 588-6900
(508) 586-3320 (fax)

## CERTIFICATE OF SERVICE

I, Michael F. Drywa, Jr., hereby certify that the within was served upon the below-named counsels of record via email at the addresses listed and that same has been electronically filed and is available for viewing and downloading from the court's ECF system.

**Tamika R. Nordstrom, Esq.**
Miller & Martin PLLC
1170 Peachtree Street NE
Suite 800
Atlanta, GA 30309
tnordstrom@millermartin.com

**Mark T. Reynolds, Esq.**
REYNOLDS, DeMARCO & BOLAND, LTD.
146 Westminster Street, Suite 400
Providence, RI 02903
mtreynolds@conversent.net

/s/
Michael F. Drywa, Jr., Esq. (#5999)
SIMS & SIMS LLP
53 Arlington Street
Brockton, MA 02303
508-588-6900

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AZELL MALONE,**<br>**Plaintiff**<br><br>**v.**<br><br>**LOCKHEED MARTIN CORPORATION and CARL SUPANCIC,**<br>**Defendants** | **C.A. No. 07-65-T** |

## AFFIDAVIT OF RICHARD GOULART

Now comes Richard Goulart and hereby does depose and state as follows:

1. My name is Richard Goulart and I have personal knowledge of the matters set forth in this Affidavit.
2. I am an employee of Defendant Lockheed Martin Corporation and have information concerning some of the facts alleged by the Plaintiff Azell Malone in this matter.
3. In mid-late October, 2007, I was notified by my supervisor, Defendant Carl Supancic, that I was being asked to come forward and to provide testimony about what I knew regarding the case to Mr. Malone's attorney in a deposition scheduled for October 24, 2007.
4. On October 23, 2007, the day before the deposition, I was called into a meeting by my supervisor and an attorney for Lockheed Martin, Tamika Nordstrom, to discuss what I may say during the deposition the following day.
5. At no time was I ever informed by any one that Ms. Norsdtrom would be representing me as my attorney during the deposition nor did I ever request or desire that she represent me as my attorney.
6. In addition, I was never informed by Ms. Nordstrom that I could obtain my own attorney to be present for the deposition or the meeting on October 23, 2007.

7. During the October 23, 2007, meeting, I was told by Ms. Nordstrom to present my testimony in a manner that would not lead to any wrongdoing by Mr. Supancic.

8. I had planned to give open and honest testimony at the deposition.

9. However, at the deposition on October 24, 2007, after Ms. Nordstrom repeatedly instructed me to refrain from answering certain questions, I was fearful that if I did not follow her instructions I would suffer some negative action by Lockheed Martin.

10. As a result, I was unable to provide full information in response to some of the questions during the deposition.

Signed under the pains and penalties of perjury on this 11th day of December, 2007.

RICAHRD GOULART

Sworn and subscribed to in the Town of Portsmouth, State of Rhode Island, before me, this 11th day of December, 2007.

Michael F. Drywa, Jr.
Notary Public
My Commission Expires: 08-28-2011