**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

Azell Malone,

Plaintiff,

C.A. No: 07-65-T

v.

Lockheed Martin Corporation
And Carl Supancic,

Defendants.

---

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Lockheed Martin Corporation ("Lockheed Martin") and Carl Supancic hereby submit their Motion for Summary Judgment. As set forth in the accompanying Statement of Undisputed Facts, Memorandum of Law, and pursuant to Federal Rules of Civil Procedure 56(b) and applicable case law, Plaintiff, Azell Malone's claims fail as a matter of law and should be dismissed.

**WHEREFORE,** Defendants respectfully request that Plaintiff's claims be denied in their entirety.

LOCKHEED MARTIN CORPORATION AND
CARL SUPANCIC
By their Attorney,

MILLER & MARTIN PLLC

/s/ Tamika R. Nordstrom
Tamika R. Nordstrom MN#275463
1170 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-7706
Telephone: 404.962.6413
Facsimile: 404.962.6315
Email: tnordstrom@millermartin.com
and

/s/ Mark T. Reynolds
Mark T. Reynolds, Esq. #4764
REYNOLDS, DeMARCO & BOLAND LTD.
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
Telephone: 401.861.5522
Facsimile: 401.331.4861
Email: mtreynolds@conversent.net

CERTIFICATION

I hereby certify that on January 7, 2007 I served a copy of the within electronically upon:

Michael F. Drywa, Jr., Esquire
michael@simsandsimsllp.com

/s/ Tamika R. Nordstrom