**From:** Supancic, Carl
**Sent:** Thursday, January 24, 2002 10:12 AM
**To:** 'Azell Malone'
**Subject:** RE: Vacation

**Follow Up Flag:** Follow up
**Flag Status:** Red

Al,

I believe it was just the other day that I asked you to give me at least a little advance notice on vacation. I know things sometimes come up that we simply can't anticipate and don't allow for any advance notice, but twice in one week seems a bit unusual. Before I go on, let me stress that I don't believe I have EVER rejected an advance request for vacation time. And in your particular case for today, I'm sure that if you had called me at the office yesterday, or even at home last evening, I would have approved your request and wished you a fine day off.

Asking you, as well as all employees, to provide advance notice is more than just a policy, it's simply common sense. It allows for discussion of whatever hot or emergent items that might be before us so that we can effectively deal with them during the absence. In our case, I would have discussed your attendance at Monday's John McNellis teleconference, revised plans for travel to Mitchel Field, the new Performance Recognition System, among others. There's also the issue of example setting. Since we ask the same advance notice of all the rank and file staff, we as managers should do at least as much.

Sorry if it all sounds like too much lecturing, but we've had some recent spurts of suboptimal communication and teamwork that has caused me to pay a bit more attention to this sort of stuff. And since I guess I expect a bit more of the management staff, there you have it. In any event, please give me a call when you can. I recall that you said any day was good for you to go to Mitchel Field. Is that still the case if we target next week (Joe Ducas has rescheduled his trip yet again, and now hopes to go on next Tuesday)?

Later,

***Carl M. Supancic***
Lockheed Martin Tactical Systems
Newport Operations
25 Enterprise Center
Middletown, RI 02842
carl.supancic@lmco.com
(401) 848-8159

-----Original Message-----
**From:** Azell Malone [mailto:almalone3@home.com]
**Sent:** Thursday, January 24, 2002 6:41 AM
**To:** Carl Supancic
**Subject:** Vacation

Carl,
With your approval I'm taking vacation on Thursday, January 24th. I can be reached via my pager (325-5288).
A.Malone