**From:** Supancic, Carl
**Sent:** Wednesday, October 06, 2004 3:26 PM
**To:** Weiss, Darlene (darlene.weiss@lmco.com)
**Subject:** FW: Vacation

**Importance:** High

***Carl M. Supancic***
Lockheed Martin MS2 Tactical Systems - Newport
25 Enterprise Center
Middletown, RI 02842
carl.supancic@lmco.com (work)
(401) 849-3310 Extension 111 (office)
(401) 714-2527 (cell)

-----Original Message-----
**From:** Supancic, Carl
**Sent:** Wednesday, June 11, 2003 11:41 AM
**To:** 'Azell Malone'; Al Malone (E-mail 2); Al Malone (E-mail 3)
**Cc:** Don Rhoads (E-mail)
**Subject:** RE: Vacation
**Importance:** High

Al,

To repeat what I've said on a number of occasions prior, it is **unacceptable** to **not** ask for prior approval for vacation. You have made this very mistake on both Monday and Wednesday (today) of this week. As it stands, nobody has any idea of what your situation was for yesterday, which is categorically unacceptable, and particularly so in light of what is supposed to be example-setting management position.

In violation of policy, you continue to ask for permission for vacation on the same day, and more troubling, in a manner that gives me no opportunity to discuss the ramifications. To compound matters, you have also not answered any of the calls or pages made to you by myself and others on the management team. There is nothing stopping you from reaching me. You have my cell phone number, you have my office number, and you can always have one of the admin staff or Don Rhoads find me. I've also made it clear that I can be called at almost any hour of the day. Instead, you either call my office very early before I come in, or send me an e-mail, thereby leaving the burden on me to find you and discuss the ramifications of your absence. When you are asking for vacation well in advance, e-mail if fine. However, in the same-day manner you are employing it, it is simply unacceptable, and I am troubled that your judgment would not have caused you to conclude this for yourself.

You did this same sort of thing in the days leading up to the final PRS submittal deadline, which caused me to raise some of these same points. Although we might not agree on the exact extent, impact resulted then, and impacts, or at least risks, are resulting now. In light of the current CCSL "issues" we are addressing with Purvis (note that we will be meeting with them at noon tomorrow and your presence **is** required), your poorly communicated/coordinated absence is ill-advised.

I have called all of your numbers and pager this morning and have heard nothing back. I did so as well earlier this week. At risk of being redundant, let me reemphasize that I consider this unprofessional and unacceptable behavior on any employees part, and absolutely so on the part of a manager. You are to make every effort possible to contact me immediately.

***Carl M. Supancic***
Lockheed Martin Tactical Systems
CSS / Newport Operations
25 Enterprise Center
Middletown, RI 02842
carl.supancic@lmco.com (work)
cmsupancic@cox.net (home)
(401) 849-3310 Extension 111 (office)
(401) 743-7294 (cell)

-----Original Message-----
**From:** **Azell Malone [mailto:almalone3@cox.net]**
**Sent:** Wednesday, June 11, 2003 6:40 AM
**To:** Carl Supancic
**Subject:** FW: Vacation

-----Original Message-----
**From:** Azell Malone [mailto:almalone3@cox.net]
**Sent:** Monday, June 09, 2003 4:17 AM
**To:** Carl Supancic
**Subject:** Vacation

Carl,
With your concurrence I'll be taking Wednesday June 11 as a vacation day celebrating my 25th anniversary.
Sincerely,

Al Malone
almalone3@home.com (401) 683-6879

CONFIDENTIAL