**From:** Supancic, Carl
**Sent:** Tuesday, December 09, 2003 10:08 AM
**To:** Lynda Thomson (Thomson, Lynda)
**Subject:** Taking Vacation Days Without Prior Approval

**Follow Up Flag:** Follow up
**Flag Status:** Red

Lynda,

Al Malone called in both yesterday and today telling me (not asking) that he was taking unplanned vacation days. I strongly noted yesterday that what he was doing was exactly what I had objected to a number of other times earlier this past year, and that he was to ask for vacation in advance, just like we expect all of our direct reports to do. He knew I was not happy yesterday, but when I asked if he would be here today, he had said yes. So when he called in today, I got fairly serious with him and told him it was unacceptable. He knows that Keith Cobb is on business travel in Eagan, which leaves Al as my only manager over in NUWC Buildings 1258 and 1259. He also knows that we're still in the middle of a significant tug-of-war with Purvis about staffing and cross-training. Those are just a few reasons why I would prefer that he be here. For Al to simply not show up and call me after the fact for a vacation day is considered a performance issue.

To be frank, Al sounded a bit groggy and not altogether crisp and coherent in both of his calls yesterday and today. I asked him if he was OK, and he insisted that he was. I asked him if he had any compelling personal issues that might be requiring him to be absent, and he said there were none. I did not press him for any detail on either point, but did want to appreciate if he had any reasonable basis to just miss work without prior approval. I am not attempting to diagnose Al, but I do want to understand and appreciate his general situation and encourage him to seek any assistance that might be appropriate. However, lacking any reasonable explanation for such behavior by a manger cannot be ignored or condoned. I am consequently inclined to document this most recent incident, as well as to list those other days in 2003 where no advance authorization was sought, in the form of a warning to be placed in his personnel folder, and would like to discuss doing so with you.

Thanks,

***Carl M. Supancic***
Lockheed Martin Tactical Systems
CSS / Newport Operations
25 Enterprise Center
Middletown, RI 02842
carl.supancic@lmco.com (work)
cmsupancic@cox.net (home)
(401) 849-3310 Extension 111 (office)
(401) 714-2527 (cell)

**EXHIBIT D**