# Performance Assessment and Development Review

Status: Finalized

LOCKHEED MARTIN

| Employee Name: (Last, First and Initial) | Employee Number: | Job Code: | Business Entity: | Cycle Dates |
|---|---|---|---|---|
| Malone, Azell Jr | 048836 | E1694 | MS2 Tactical Systems | **From:** 6/2/03 **To:** 12/31/03 |

**Manager:** Carl Supancic **Mgr Emplid:** 048224

**Results** Related to Objectives and Demonstrated Behaviors

CCSL HW/FE Support: Performance was generally very good. Responsiveness to work requests and trouble reports continues to be effective. Process improvement and disruptive staff behavior remain visible areas in need of attention.

Combat Control System Engineering Support: Performance was generally very good, especially trainer and fleet support. Increasing Q-70 involvement is apparent, but forward-looking system level SE credentials are not where they need to be.

Management and Administrative Performance: Performance was spotty. Disruptive staff behavior is problematic. Status is not regularly provided on a timely and complete basis. PRS process is also lacking, as is example-setting behavior for vacation planning and authorization, as well as absences.

Customer and Program Management Liaison: Performance has been generally good. Consistent professional behavior is noted. However, customer criticism of team performance, employee whereabouts and level of cooperation was disappointing. Getting to the root of it and rectify negative perceptions is a priority.

New Business Development: Some progress evident, but ample room for improvement remains. The lack of significant involvement in post-delivery CC LTS presents a challenge, but also an opportunity. Continued engagement with RCI/Q-70 POCs, coupled with an enhanced CC SE role, would likely lead to progress.

**Strengths**

Professionalism is outstanding. Verbal communication is very strong, written almost as strong. Willingness to collaborate and cooperate is excellent.

**Areas for Development or Improvement**

In relationship to peers, statistical evidence of actual effort (e.g., uncompensated time, absence time) contradicts persistent claim of sustained intense workload. Management of problematic personnel behavior needs improvement, including avoidance confrontational exchanges, particularly in public. An increased level of involvement in process improvement (including LM21 and CMMI initiatives) would be most helpful the CCSL area and beyond.

**OVERALL ASSESSMENT:** The definition which best describes the employee's overall performance:

| ☐ Exceptional Contributor | ☐ High Contributor | ☒ Successful Contributor | ☐ Basic Contributor | ☐ Unsatisfactory |
|---|---|---|---|---|

**Rating Definition:**

A competent performer and valued team player, who meets the objectives and expectations of the position. Has the necessary abilities and motivation to effectively carry out the responsibilities of current position. Is appropriately independent, readily shares knowledge and information and works effectively with others. Handles multiple tasks.

**Employee Comments:** (optional)

All areas have been discussed and in some I disagree, however postive diaglogue and agreement on future expectations will result in improvement overall.

My supervisor/manager has discussed this review with me.

| | | |
|---|---|---|
| 0488361164372 | Azell Malone | 4/8/04 |
| Employee's Electronic Signature | Print Name | Date |
| 0482241164323 | Carl Supancic | 4/8/04 |
| Manager's Electronic Signature | Print Name | Date |
| | | |
| Other Management (Optional) | Print Name | Date |

Lockheed Martin is committed to the highest standards of ethical business conduct and to creating an inclusive environment where diversity is valued, managed and leveraged. Employees are expected to act with honesty, integrity, respect, trust, responsibility, and citizenship in dealings with employees, customers, and suppliers.

Lockheed Martin Proprietary Information

v fo:1.3

**EXHIBIT E**