**Deering, Dani**

**From:** Jordan, Jeanette
**Sent:** Monday, September 25, 2006 8:54 AM
**To:** Deering, Dani
**Subject:** FW: More Al Malone Concerns - LOCKHEED MARTIN PROPRIETARY INFORMATION

---

**From:** Supancic, Carl
**Sent:** Sunday, August 29, 2004 9:18 AM
**To:** Lynda Thomson (Thomson, Lynda)
**Cc:** Janet L. Christopherson (Christopherson, Janet L)
**Subject:** More Al Malone Concerns

Lynda,

I need to speak to you yet again regarding concerns over Al Malone's behavior. Before I arrived on Thursday, he left me v-mail to say he needed to see a dentist for a cracked tooth. I have asked Al to make it a point to make sure he talks to me directly when he's not going to be in. He has my cell phone number and has been encouraged to use it. As it was, he called before I got in, never called back, and never showed up, even though he knows I'm counting on him to set a good example and to help carry the load. Again on Friday, he left a v-mail before I got in, saying he would be in, but maybe not until the afternoon. His voice sounded a bit odd. I called Al to tell him I was disappointed that he had once again not complied with my expectations, as all other managers do, to talk to me when they are not going to be in so that we can talk about "what's hot & what's not" to ensure nothing falls through the cracks during the absence. Again, he sounded quite odd, and when I asked him about it, he said he was on pain killers. I thought this was odd, but decided not to press him on it, and assumed I would be speaking to him later in the day when he came in. I asked him if he was going to use vacation or sick leave, and he asked me what I wanted him to use. My response was to do what was appropriate. In all of my experience with tooth problems, I wasn't aware of having to take 2 days off sick with a cracked tooth. Most dentists will see patients immediately for urgent pain-inducing problems, and will relieve their discomfort very quickly. I had to call Al a little later with Norm Nunes on the line to try to get a handle on some FE stuff that had and was still going down in Groton. Al was absolutely befuddled on the phone in trying to respond to even the most straightforward questions. It was so frustrating that Norm and I gave up on him and called each other back w/o Al on the line. Well, as it turned out, Al never did show up, didn't call, didn't complete his own timesheet, didn't complete Joe Pires' timesheet, and didn't approve any of his staff's timesheets. Therefore, his and Joe Pires' time will bounce into OH for fiscal August!

I have now completed both Joe's & Al's timesheets and approved them. I put down vacation rather than sick leave for Al's time, and will leave it up to him to submit a correction if that doesn't reflect what the real situation is. More importantly, my concerns over Al's performance have deepened. As both you and Janet have emphasized, I am not in the position to delve into his whatever medical situation Al might have. Nonetheless, his behavior, accountability and performance is falling well short of what it needs to be. Al is certainly not setting the example that is required of management. Al has offered a few comments to me in the past about going for a series of tests, and has mentioned some possible insomnia-related problems. I have never pressed him on it and do not intend to. However, when someone continues to call in to me in a clearly befuddled state, and then doesn't show up when they say they will and don't call, what options do I really have? Do I have to take him at his word regarding 2 days off for a dental problem? I certainly intend to speak to him in a pointed fashion about his PERFORMANCE in terms of not being on the job when he indicated he would be, and not getting his own administrative duties fulfilled, and not coordinating with me about getting any assistance. I am also inclined to document my PERFORMANCE concerns, but will not do so until I have heard from you.

The bottom line is that, given Newport's multiple issues in the FE management area, I need Al to step up, but he is not responding, and if anything, is stepping back in terms of performance, accountability and behavior.

V/r,

***Carl M. Supancic***



**EXHIBIT F**