LOCKHEED MARTIN

October 13, 2004

To: Al Malone

From: Carl Supancic

Subject: Attendance Issue

You have been advised during conversations over the last several months, as well as our conversations this week, that reliable attendance is an essential function of your job. Despite being made aware of this, problems with your attendance persist. You continue to be absent from work with little to no prior notice.

The requirements of your job are not being met due to your absenteeism and there is a direct impact to our customer program performance. The absence notification procedure that we have discussed several times in the past continues to be ignored. It is imperative that if you must be out of the office for any reason, you must speak to me directly for approval, at least 24 hours prior. Any further absences not approved by me in advance will lead to further disciplinary action up to and including termination of employment.

Read and Acknowledged:

[signature]
Signature

10/13/04
Date

CONFIDENTIAL

LM 585

EXHIBIT G