# Performance Assessment and Development Review

Status: Finalized

LOCKHEED MARTIN

| Employee Name: (Last, First and Initial) | Employee Number: | Job Code: | Business Entity: | Cycle Dates |
|---|---|---|---|---|
| Malone, Azell Jr | 048836 | E1694 | Maritime Systems and Sensors | **From:** 1/1/04 **To:** 12/31/04 |

**Manager:** Carl Supancic **Mgr Emplid:** 048224

**Results** Related to Objectives and Demonstrated Behaviors

The Field Engineering (FE) support performed by the LM team on the CSSL support contract was generally very good. Under Al's direction, the primary objective of maximizing lab systems/equipment availability and utility was definitely met by the team. It would have been preferred that Al would have taken the opportunity to spend more time, and in a visible manner, working as a hands-on engineer given that his position is considered to be a one that is "hands-on engineering first, management second", in the same way that the Purvis PM considers and executes his own role. Al did consistently provide the Purvis prime with the responsiveness they required from a liaison standpoint, and this area is considered as one of Al's strongest during this review period. Al's contributions, along with Keith Cobb's, in the area of FE coordination across multiple programs was also noteworthy. However, Al did not adequately address some of the weaknesses that had been called out in his assessment from the prior year, with problems in attendance and accountability being most significant. These problems set him very much apart from his management peers for the period, and set a very poor and visible example. The areas of process improvement and new business development were also ones where expectations fell short.

**Strengths**

- Excellent communication skills
- Capable of performing in a highly professional manner
- Wealth of subsurface combat systems and equipment expertise

**Areas for Development or Improvement**

- Far greater emphasis on hands-on engineering work to showcase accumulated experience and value
- Eradication of any attendance and accountability issues
- Identification of business opportunities (new or momentum), and the strategies and steps to pursue them

**OVERALL ASSESSMENT:** The definition which best describes the employee's overall performance:

| ☐ Exceptional Contributor | ☐ High Contributor | ☐ Successful Contributor | ☒ Basic Contributor | ☐ Unsatisfactory |
|---|---|---|---|---|

**Rating Definition:**

Has the necessary ability to handle the current job effectively, with proficiency in most areas. Meets objectives and basic expectations, but may require assistance to perform assignments. May need to build functional and/or interpersonal skills to increase effectiveness. Needs improvement in one or more areas.

**Employee Comments:** (optional)

I disagree with many of the assessments in this review and feel that further explanation from me will take place in a letter of rebuttal. For now, only due to the lack of time (end of business day and last day of the review cycle) am I acknowledging participation in this review. I have more to say.

My supervisor/manager has discussed this review with me.

| | | |
|---|---|---|
| 0488361995309 | Azell Malone | 3/31/05 |
| Employee's Electronic Signature | Print Name | Date |
| 0482241994867 | Carl Supancic | 3/31/05 |
| Manager's Electronic Signature | Print Name | Date |
| | | |
| Other Management (Optional) | Print Name | Date |

Lockheed Martin is committed to the highest standards of ethical business conduct and to creating an inclusive environment where diversity is valued, managed and leveraged. Employees are expected to act with honesty, integrity, respect, trust, responsibility, and citizenship in dealings with employees, customers, and suppliers.

CONFIDENTIAL

Lockheed Martin Proprietary Information

v fo:1.3

LM 540

**EXHIBIT H**