LOCKHEED MARTIN

**Date:** January 7, 2005

**To:** Azell Malone

**From:** Carl Supancic

**Subject:** Final Warning – Attendance Issue

This letter serves as your final written warning regarding your continued absenteeism. Your attendance, including arriving on time and working your assigned scheduled hours, continues to be unacceptable. You received a formal notice letter on October 8, 2004 indicating that you needed to be on time for work and that reliable attendance is an essential function of your job. In violation of this formal notice, you have subsequently continued to arrive late for work and modify your work schedule without discussing it directly with me in advance. Such actions are clearly unacceptable since I specifically and repeatedly directed you to communicate directly with me to avoid any confusion.

You are directed to meet the requirements specified below. Failure to meet these requirements will likely result in termination of your employment with Lockheed Martin.

- Your scheduled work day begins at 7:30 am and ends at 4:00 pm, with a half hour lunch break taken between the hours of 11:00 am and 1:30 pm.
- You are expected to strictly adhere to CPS-534 (Absence From Work).
- Approval or notification of any absence pursuant to CPS-534 must be with me and your Engineer in Charge (EIC), Keith Cobb. My office number is 401-848-8159 Ext. 111, and my cell phone number is 401-714-2527. Keith's office number is 401-832-4578. You are expected to speak with me and Keith directly. Simply leaving a voice mail is unacceptable.
- Given the frequency and consistency of your absences, some of which have been for illness or doctor's appointments, I am exercising my discretion as your manager and requiring you to provide documentation from your doctor verifying that you were unable to perform your job duties on the day you were absent.

As previously discussed, you are an important member to the team. Your schedule must align with other's to assure optimal service and responsiveness for our customer. Your continued attendance issues are causing problems in our ability to react to customer needs and cannot be further tolerated.

As you can see, this is a serious matter that requires your immediate attention. If for any reason you believe you cannot meet the requirements detailed above (with or without an accommodation), please notify me immediately, or provide me documentation of any medical restrictions. Additionally, if there are any personal problems affecting your ability to adhere to the required attendance terms and condition of employment and you would like assistance, please feel free to contact our Lockheed Martin Employee Assistance Program at 1-888-LMC-2243 (National Employee Assistance Services, Inc.).

Azell Malone 1/7/05
Employee Signature/Date

Carl M Supancic 1/7/05
Supervisor Signature/Date

Human Resources Signature/Date

CONFIDENTIAL LM 583

**EXHIBIT I**