LOCKHEED MARTIN

**Date:** August 16, 2005

**To:** Azell Malone

**From:** Jim Higson

**Subject:** Updated Final Warning – Attendance Issue

This letter serves as an updated supervisory reporting relationship of your final written warning given to you on January 7, 2005 regarding your continued absenteeism. You are directed to meet the requirements specified below.

Failure to meet these requirements will likely result in termination of your employment with Lockheed Martin.

- Your scheduled work day begins at 7:30 am and ends at 4:00 pm, with a half hour lunch break taken between the hours of 11:00 am and 1:30 pm.
- You are expected to strictly adhere to CPS-534 (Absence From Work).
- Approval or notification of any absence pursuant to CPS-534 must be with me and your Engineer in Charge (EIC), Keith Cobb. My office number is 401-848-3310 Ext. 112, and my home phone number is 401-295-2221. Keith's office number is 401-832-4578. You are expected to speak with me and Keith directly. Simply leaving a voice mail is unacceptable.
- Given the frequency and consistency of your absences, some of which have been for illness or doctor's appointments, I am exercising my discretion as your manager and requiring you to provide documentation from your doctor verifying that you were unable to perform your job duties on the day you were absent.

As previously discussed, you are an important member to the team. Your schedule must align with other's to assure optimal service and responsiveness for our customer. Your continued attendance issues are causing problems in our ability to react to customer needs and cannot be further tolerated.

As you can see, this is a serious matter that requires your immediate attention. If for any reason you believe you cannot meet the requirements detailed above (with or without an accommodation), please notify me immediately, or provide me documentation of any medical restrictions. Additionally, if there are any personal problems affecting your ability to adhere to the required attendance terms and condition of employment and you would like assistance, please feel free to contact our Lockheed Martin Employee Assistance Program at 1-888-LMC-2243 (National Employee Assistance Services, Inc.).

8/16/05

Employee Signature/Date

8/16/05

Supervisor Signature/Date

8/16/05

Human Resources Signature/Date

CONFIDENTIAL

LM 103

**EXHIBIT J**