**Karen Odash**

---

**From:** Supancic, Carl
**Sent:** Monday, April 11, 2005 4:33 PM
**To:** Thompson, Sean C (sean.c.thompson@lmco.com)
**Cc:** Lynda Thomson (Thomson, Lynda); Ruter, John (john.ruter@lmco.com); Higson, Jim (jim.higson@lmco.com)
**Subject:** Al Malone Situation - LOCKHEED MARTIN PROPRIETARY INFORMATION

**Importance:** High

Sean,

As I informed you earlier, the events of last week with Al were most troubling. The bottom line for me is that Al did not fulfill the requirements of his final warning letter. He also has continued to exhibit very poor judgment and questionable behavior that is causing an increasing burden on and distraction to the organization.

The following log represents Keith Cobb's (the EIC of the group Al is now in), Jim Higson's (Al's current LMPeople manager), and my interactions with Al last week:

Monday 04/04/05:

- Al left v-mail for Keith Cobb at ~07:15 to say that he would be late due to waiting for a plumber to arrive at ~09:00. No calls were made to either Jim Higson or me. Al ended up showing up at ~08:15, ~45 minutes after his scheduled start time.
- Keith called to say that he smelled a distinct odor of alcohol on Al's breath. I offered to come over and substantiate it. Keith asked that I hold off, and indicated that he and Rod Gerjets would take a closer look/sniff. Unfortunately, Al kept avoiding them, backing away to keep a distance, and other times simply walking away.

Tuesday 04/05/05:

- Al left a v-mail for Keith Cobb at ~07:26 saying that he would be late, but no explanation was offered.
- Al went home mid-day complaining of a bad back to Keith Cobb. Al also called Jim Higson to ask if it was OK to leave early. Since Jim was not aware of the specifics of Al's final warning letter, he did not ask for an explanation, and said that if it was OK with Keith, it was OK with him. I was not called.

Wednesday 04/06/05:

- Al left v-mail for Keith at ~06:35 saying that his back was bothering him, and that he intended to stay home and rest it.
- Keith got a second v-mail from Al at ~09:00 to confirm that he received the earlier v-mail.
- Al called Jim at ~09:30 to say that he had hurt his back getting out of his car and that he would be staying home. I received no call from Al.
- Jim let me know what was happening. I explained more of the background and went over the final warning letter with him that was emphatically clear about the calls that were to be made by Al to me and Keith in any/all cases of late arrival or absence.
- I then called Al several times on both his home phone (his messages to Keith and Jim encouraged our calling him if necessary) and cell phone, each time getting no answer. However, each time I called, I left v-mails emphasizing the gravity of the situation, including his obligation to call me (in addition to Keith, his EIC) and to produce a doctor's note for absences as clearly specified in his final warning letter. I also directed Al to call me ASAP. Nonetheless, Al returned none of these calls.

Thursday 04/07/05:

- Al left a v-mail for Keith at ~06:34, and again later at ~09:45, to say that his lower back was still bothering him. During the second call, Al sounded slow and faltering, and was unable to recall his own home phone number correctly.
- Jim also got 3 v-mails from AL, the first of which was not received until ~09:49.
- I left additional v-mails for Al in the morning with essentially the same message that I had left the previous day.

- I finally reached Al in the afternoon at ~14:45. I asked why he had not returned any of the many v-mails that I had left him. Al sounded very sluggish and faltering, but did essentially respond that he had heard no v-mails. I questioned how that possibly could have been, but got no response. I reminded Al that, per his final warning letter, I was to have been called for all later arrivals and absences, and that a doctor's note was required for any sick time off. Al's initial response was that he now worked for Jim and that he shouldn't have to call me. I responded that, as I had repeatedly said in the v-mails I left him, and given the gravity of his final warning letter and situation, he was to call me. I also added that even if he was somehow confused on that point, he still did not call Jim Higson in a timely fashion. Regarding seeing a doctor, Al said that he had wanted to see his chiropractor, but that the chiropractor would not be available until the following week. I emphasized to Al again that a doctor's note was absolutely required upon his return to work that documented the necessity of the entire absence. I also remarked that, given the seriousness of the final warning letter and the alleged severity of his pain, it was unfathomable why he hadn't sought a physician's care already. I also told Al that he did not sound like himself (e.g., sluggish, faltering, slow to comprehend, etc.) to me at all, and that I was concerned. He did not argue the point.
- Al left a v-mail for Jim at ~15:16 mentioning that he talked to me and didn't understand what the fuss/confusion was all about.
- Al left a v-mail for Keith at ~17:30 saying "my wife told me there was a very disturbing message there was left, so I'm ju.. ah.. just trying to reach you, OK, bye?", offering no more explanation than that.

Friday 04/08/05:

- Al called Keith at ~07:10 to say that he'd be a few minutes late. No calls were made to either Jim Higson or me. Al finally arrived at ~07:50.
- When Al arrived, Keith asked Al about the odd v-mail he left at ~17:30 the previous day. Al indicated there was really no problem and left it at that.
- I reached Al at NUWC Al at ~09:50 to ask for an explanation of his absence and for his doctor's note. He said he didn't have a note and had not sought out a doctor in spite of my numerous encouragements for him to have done so to comply with his final warning letter, and given the seriousness of his alleged illness. He again said that he had preferred to see his chiropractor, who was not going to be available until the following week.
- Al ended up making an appointment with his PHCP, who told Al that he should see him before he would consider referring him to a chiropractor or another specialist. Based on that advice, Al made an appointment to see his PHCP @ ~1145. Al informed Keith at ~10:10 that he was leaving at ~11:30 for to see his PHCP.
- At ~12:15, I received a call from Al to say that he had been diagnosed with an inflamed muscle, and had been told to rest it until at least Monday, when he would be reevaluated by his doctor. I later verified that Al had produced a note from his PHCP stating "Azell was seen today and will be unable to return to work until at least 4-11-05."

Al added to the questionable events of last week again today. He called me at ~07:10 to say that his doctor had extended his return-to-work date to tomorrow. I questioned Al how that could be since he had told me Friday that he would be reevaluated on Monday. Al said that was correct, and that his doctor had extended him. Since this still did not make sense, I reminded Al that it was only 07:10, and asked if he had already talked to his doctor at such an early hour. When specifically pressed, Al conceded that he had not yet actually talked to the doctor, but had been told by him on Friday that he could ask for an extension over the phone and get it. Since Al had not talked to the doctor yet, I advised Al that it was inappropriate and rather odd that he would call me about delaying his return to work without having actually talked to the doctor, and told him to contact the doctor and then call me back. He later did, and said that he was told that he could return to work tomorrow (Tuesday).

As you can see, the situation with Al has not really improved. I furthermore feel that Al did not comply with the conditions of his final warning letter on a number of points, and has exhibited a lack of appreciation of the gravity of the situation and the common sense and good judgment to do the right thing on a consistent basis. Based on the situation, I would ask that you give your full attention to this matter.

V/r,

***Carl M. Supancic***
Site Manager - Lockheed Martin MS2 Tactical Systems - Newport
25 Enterprise Center
Middletown, RI 02842
carl.supancic@lmco.com (work)
(401) 849-3310 Extension 111 (office)

CONFIDENTIAL



LM 088