**From:** **Supancic, Carl**
**Sent:** Monday, July 18, 2005 3:42 PM
**To:** Thompson, Sean C (sean.c.thompson@lmco.com); Freddie Jo Rickerson (Rickerson, Freddie Jo)
**Cc:** Lynda Thomson (Thomson, Lynda); Higson, Jim (jim.higson@lmco.com)
**Subject:** Absence Issues - LOCKHEED MARTIN PROPRIETARY INFORMATION

**Attachments:** Al Malone Situation - LOCKHEED MARTIN PROPRIETARY INFORMATION; 2005-07-11_Malone_Dr_Notes (B&W).jpg; Malone Time.xls

Sean & Freddie Jo,

As we discussed last week, I am forwarding information to you and Freddie Jo concerning Al Malone's latest two multi-day absences. The first episode was in early April, and the second was in the last week of June, spilling over a bit into July. In both cases, Al did not actually see a doctor during the multi-day period he was absent, and only produced notes that said he was fit to return to work without substantiating the absence, which seems to violate the terms of Al's final warning letter.

The first episode dates back to the period from Monday 2005-04-04 through Thursday 2005-04-07, and is fairly thoroughly documented in an e-mail I prepared for Sean at that time. As you will see, Al did return briefly on Friday 2004-04-08 not having seen a doctor and having no note. Al did leave early that day as well, and did apparently see a doctor who initially noted that Al would be fit to return to work no sooner than Monday 2005-04-11. However, Al ***extended himself*** further until the following day without calling or seeing the doctor first:

Al Malone Situation
- LOCKHEED...

The second episode dates back Monday 2005-06-27 through Friday 2005-09-01. The following information is excerpted from an e-mail that Al's manager, Jim Higson, sent to me that Thursday to document Al's absence to date. Jim sent this to me since he was planning on taking Friday off and wished to leave me fully informed:

> FYI – Al made the following calls to me this week:
>
> 6/27 ~ 6:30 Had back problem needed to take sick leave for the day.
> 6/28 ~ 6:15 Still had back problem needed another day of sick leave.
> 6/29 ~ 9:15 Called from work, said he had back pain needed to go home (on sick leave)
> 6/30 ~ 6:30 Still had back problem needed another day of sick leave.
>
> When he was in work 6/29 he gave Keith a doctor's note saying he needs to be on light duty for 2-3 weeks. I will give the note to Michele.
>
> I told Keith that I will be on vacation 7/1 and to tell Al he needs to call you if he going to be sick 7/1.

Please note that the doctor's "light duty" note that Jim refers to was penned by the doctor on Friday 2005-06-24. On the morning of Friday 2005-07-01, I called Al to see if was planning to come in to work. Al had left me v-mail, and had also spoken to Don Rhoads, who reinforced that Al was to speak to me in Jim's absence. When Al indicated that he would be missing his 5th consecutive day, I asked him if he had seen a doctor and obtained a note to document the necessity of absence. He said he already had provided us

with a note. I told Al that the only note for the period in question that I was aware of was the one that was generated by his doctor the week before that specified "light duty". Al replied that that was the note he was referring to. My obvious counter was that that note in no way addressed his full absence during the week at hand, and that the requirements of his final warning letter would not be satisfied by it. Al did then concede that he had not visited his doctor at any point that week.

Al did report to work on Tuesday 2004-07-05, and left late in the morning to see his doctor, who gave him a note clearing him to return to work that day. The note simply stated that Al was fit to return to work that day, and made no mention of any problem or the necessity of having missed the entire week before. Al did make a few comments about the annoyance of having to produce such notes, and quoted his doctor of some 20 years as saying he found it unusual to have to write them.

The following jpg file is a scan of the pertinent doctor's notes that Al has provided:

2005-07-11_Malone
_Dr_Notes (B&...

The following file provides timecard data for Al, with the periods in question highlighted in yellow:

Malone Time.xls
(120 KB)

With respect to the possibility of Al still being limited to light duty, his note from 2005-06-24 specifying a 2-3 week period would seem to indicate that that need has passed. However, for future reference, Al should be instructed on how any future limited duty situations should be documented by his doctor. However, in all due respect, I think the larger issue is what appears to me to be persistent non-compliance by Al with his final warning letter. I understand that there may be both medical and legal issues that are beyond my scope to address in that regard. I would therefore gratefully accept whatever assistance that might be forthcoming to deal with what appears to be a chronic situation and a final warning letter that lacks the "teeth" to mandate medically substantiated absences.

And finally, since Freddie Jo took some notice to comments along these lines when we last spoke, I will note for the record that I and others have heard Al speak in the time between his April absence and his latest absence about having returned to a workout regimen. Most recently, in response to someone telling Al that "you're looking good" at a going-away party for Don Forgette on 2005-06-24, Al clearly responded that he had resumed his workouts.

In any event, please get back to me after you have had a chance to go through the information I have now provided. My recollection is that you may be inclined to engage Dr. Matula on this matter, and that is something that I would be pleased to see. With his help, I trust that we can bring this troubling situation to a better state.

V/r,

*Carl M. Supancic*
Site Manager - Lockheed Martin MS2 Tactical Systems - Newport
25 Enterprise Center