September 23, 2004

Carl,

Today I received a complaint from Richard Goulart about repeated harassment and intimidation by Joe Pires. Apparently, Rick and Joe had it out while I was picking-up lunch. When I returned Rick was visibly upset about something so I asked him if he was okay. Rick said "he and Joe had an argument and that Joe wanted to keep it on the QT from me but he's had enough. He wants some dialogue between management and Joe to make Joe respectful of others especially himself (Rick)". Rick went on to express that "Joe makes abusive and derogatory comments in his (Rick's) presence and in the presence of others. He said that Joe's criticism is unwarranted, not humorous and at times are perceived as threats For example, on more than one occasion Joe told Rick that "I don't give a f—k about you or your family" Rick said that " he told Joe that he doesn't appreciate being threatened and he was not accepting the abuse anymore". He said "Joe creates a hostile environment for him that is combative and non-professional. The tension needs to get resolved".

The more disturbing part of this complaint is Rick's allegations that Joe Pires and John Lastowski have been accepting gifts in the form of tools from a key government employee, Olimpio Pavao. The tools and tool kits are over $500.00 each. Rick found this out from Olimpio himself as he bragged about "taking care of his boys for traveling to Hawaii". Christopher Plezia's name was mentioned by Olimpio as having given him the funding to accomplish this. I asked Rick why he took so long to report this and he said that he felt intimidated before and he's finally had enough. He knew he would ostracized for reporting the questionable practices but felt that remaining silent only encouraged the improprieties to continue.

There are many problems with this questionable relationship between Olimpio and people he chooses to like. Just this week Olimpio complained to me about John Prendys using his tools. He maintained that John should have his own tools even though John Prendy's swore he had Olimpio's permission. He asked me to talk to John Prendy's about this. Speculation is this never would have been an issue if Joe Pires, John Lastowski or Allen Landel had been using the tools. These are the people he favors "this week", subject to change. Olimpio appears to buy allegiance through bribery even though all of our people know better. The favoritism he shows some over others only serves his purposes to promote dissention and dissatisfaction between the guys.

Upon hearing about the reported allegations, I called you at the earliest convenience. I've since learned that if we dig deeper we'll find more instances of tools being bought for only certain Lockheed Martin employees, even though we're all supporting the same customer and laboratory.

I'll discuss this further with you in the morning.
A.Malone

CONFIDENTIAL

LM 128

**EXHIBIT N**