**Tamika Nordstrom**

**From:** Supancic, Carl [carl.supancic@lmco.com]
**Sent:** Friday, September 08, 2006 3:07 PM
**To:** jeanette.jordan@lmco.com
**Subject:** Clarification on the week in question in Nov 04 - LOCKHEED MARTIN PROPRIETARY INFORMATION
**Importance:** High
**Attachments:** Malone FW 47 04.doc

Jeannette,

I have attached a snapshot of Al's time during the week he was informed that he would convert from the manager of the CCSL group to the EIC of it. It was on Monday of that week that I went over this with him in my office, which is reflected in the one hour he charged to 1701. The next day (Tuesday), instead of showing up strong in his new capacity as I thought he would do based on our talk the previous day, Al took unplanned/unapproved vacation as he had unfortunately done so many times in the past, and in clear violation of prior warnings for just that sort of thing. Incredibly, he did so again on the following day (Wednesday).

As I said, given what was becoming glaring performance issues, pressure from the Purvis prime and the CCSL NUWC customer to deal with the problem had come into full view, and seeing no indication that Al was going to turn this thing around, I had little choice but to remove him from not only the position, but from that entire CCSL support team and environment. I was fortunate enough to get concurrence from my Trident Data Processing Subsystem (DPS) customer, Fernando Pereira, to relocate Al to that contract, given that there were no other options.

Al was directed to show up in my office on Thursday rather than reporting to NUWC, which he did. I explained to him how disappointed I was at the position he had put the team and himself into, and how I had no choice but to reassign him as I did. I had Keith Cobb join us to go over the working arrangement that would exist in Al's new role supporting the DPS team. The time I spent with Al is reflected in the 2 hours he charged to 1701. After all of that, Al said he really needed the rest of the day off. I reminded him, yet again, that is was imperative that he reassume a reliable and responsible standing on the team, and the first step to doing so was to get back to work. Nonetheless, he insisted that he needed to take the rest of the day off, which is reflected in the balance of the time that day being recorded as "V". Note that Al did report to the DPS team the next day (Friday).

<<Malone FW 47 04.doc>>

I hope this helps clarify any confusion about the week in Nov 04 that the CCSL EIC job that was assigned to Al, but never really assumed by him.

V/r,

***Carl M. Supancic***

Site Manager - Lockheed Martin MS2 Tactical Systems - Newport

25 Enterprise Center

Middletown, RI 02842

carl.supancic@lmco.com (work)

(401) 849-3310 Extension 111 (office)



**EXHIBIT M**

(401) 714-2527 (cell)

**REDACTED**

| EMP NO | NAME | SOC SEC # | DEPT | LOC | PHONE | MAIL | STATE | PCOD | ETYP | INC/CMP | LOAD | IND | SELF | APRV | EXCP | OFFS | LBR CLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 058549 | AJ MALONE | | 6825 | EAGN | (401)846-1327 | | RI | 3 | 9 | C | | Y | | N | N | N | |

*****************************

| UNION CDE | UNION POS | WRK SCH | WRK WK | HOL SCH | SCH HRS | ID 1ST/LAST | LG/LV | MOD-ONL | INC/MIS | PROCESS DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| | | FX | | CI | | 058549 058549 | 4L | | 1 | 11-19-04 07:39 |

OBFJR -AA GROUP EAGN SALARY TIME AND ATTENDANCE RECORDING SYSTEM RUN DATE 11-25-04 PAGE 9044

DIVISION WP AUDIT REPORT W/E DATE 11-21-04 YYPP 0447

| REFERENCE/ ACCT/CODE | DD | DEPT CHRG | WRK CTR | RE WK | DPT WRK | FRI | SAT | SUN | MON | TUE | WED | THU | FRI | *** RECORDED *** RT | OT | DT | *** ADJUSTED *** RT | OT | CT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | | | 1 | 1 | 1 | 1 | 1 | | | | | | |
| DO | | | | | | | 8.0 | 8.0 | | | | | | | | | | | |
| HCZM001 | | | | | | 1.0 | | | 7.0 | | | | | 8.0 | | | | | |
| 1701 | | | | | | | | | 1.0 | | | 2.0 | | 3.0 | | | | | |
| HDCU279 | | | | | | | | | | | | | | | | | | | |
| V | | | | | | 3.0 | | | | 8.0 | 8.0 | 6.0 | | 25.0 | | | | | |
| D31986 | | | | | | | | | | | | | 4.0 | 4.0 | | | | | |
| TOTALS: | | | | | | 4.0 | | | 8.0 | 8.0 | 8.0 | 8.0 | 4.0 | 40.0 | | | | | |

ELIGIBILITY -- VAC 192.7 HOL FLOAT HOL SCH 24.0 COMP TIME SICK DUE PERS ABS

NET WKLY HRS -- RT 40.0 OT DT ZC CT-BANKED LT-UNPAID LT-PAID COMP/OFFSET

SPV APPROVAL -- APPROVED A SPV NO 061270 OPER ID 061270 DATE 11-21-04 TIME 10:35 AUTH OT -- HRS MGR NO OPER ID