UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * | |
| AZELL MALONE * | |
| * | Civil Action |
| -vs- * | |
| * | No. 07-65-T |
| LOCKHEED MARTIN CORPORATION * | |
| and CARL SUPANCIC * | |
| * | |
| * * * * * * * * * * * * * * | |

APPEARANCES: Michael F. Drywa, Junior, Esquire
53 Arlington Street
Post Office Box 7367
Brockton, Massachusetts 02303;
Representing the Plaintiff.

Tamika R. Nordstrom, Esquire
LAW OFFICES OF MILLER & MARTIN, PLLC
1170 Peachtree Street NE - Suite 800
Atlanta, Georgia 30309;
Representing the Defendants.

ALSO PRESENT: Lea Dipetrillo
Sabrina Cohen

DEPOSITION of KEITH B. COBB, a witness of lawful age, taken on behalf of the Plaintiff in the above-entitled cause wherein Azell Malone is the Plaintiff and Lockheed Martin Corporation et al are the Defendants, pending before the United States District

* * * * * *

EXHIBIT
"A"

Parisi Court Reporting
270 Hixville Road
North Dartmouth, Massachusetts 02747
(508) 984-5502

Barbara St. Jean, RPR, CSR No. 127693

over off. So in other words, if you work four ten-hour days, you get a day off.
Q So four weeks. And ten, sick. That's five. That's six weeks of available time, not counting -- so you get six weeks of time off, not counting flex time or other holidays. Correct?
A Right.
Q Do you try to use all of that in the course of a year?
A No.
Q Do you use it all in the course of a year?
A No.
Q What do you do with the time you don't use?
A Usually it carries over to the following year.
Q Do you have any currently banked time that's beyond the four weeks and the ten days?
A You can't carry over your sick leave; but I do have banked vacation.
Q How much?
A I have a total of 200 I think it's 41 hours.
Q Okay. Is there a policy on absenteeism at Lockheed Martin?
A I'm not sure what your question is.
Q Okay. I'll rephrase it. Is there a protocol that

must be followed for an employee to take time out of work for illness?
A Yes.
Q And what is the protocol?
A Call your supervisor, your manager, let him know you're not gonna be in.
Q Okay. You do that on the day you're not gonna come in?
A Yes.
Q And if somebody calls in on a day that they're ill, do they -- and says they're not gonna be in, do they get -- is there some sort of discipline for that because they called in on a day they're not gonna be there?
A What do you mean by discipline?
Q Well, is it against the absenteeism policy to call in on the day that you're sick to say you can't be in?
A No. As long as you don't abuse it.
Q Okay. Well, what's the policy say about abuse?
A If it's a constant offender, you don't have to grant them the sick time. They have to come in or take vacation.
Q Okay. But they're still granted the time off; and

it's not a punishment?
A It depends how you look at it.
Q Well, I'm asking you.
A Yeah. Some guys take it as a punishment.
Q Does it result in a disciplinary warning?
A Yes.
Q It would?
A Uh-huh.
Q How many disciplinary warnings have you issued for somebody who's abused the attendance system?
A Not written. I've given verbals twice.
Q Twice. When?
A Oh, wow. That was a while back. Way back. And I --
Q More than five years ago?
A Yes.
Q More than ten years ago?
A It could be close to that.
Q Okay. All right. And forgive me if I already asked this. I'm on this train of thought here. Have you ever received any discipline of any kind for taking any sick time?
A No.
Q What -- what's an FMLA day with pay?

A (No Response)
Q Do you know what that is?
A FM --
Q FMLA with pay. Are you familiar with that category as it relates to time off?
A FMLA. I don't know what FMLA stands for.
Q Okay. Have you ever called out sick on a day you were sick and said that you weren't gonna be in?
A No.
Q And that's just because you're in good health generally speaking?
A Yes.
Q Okay. Did you ever report to Carl Supancic that you suspected Mr. Malone had been drinking on the job?
A No.
Q Did you ever report to Mr. Supancic that you smelled alcohol on Mr. Malone's breath?
A Yes.
Q And what happened? Tell me about that.
A I mentioned that I asked Al to leave early because he came in and he had a car accident that day.
Q Yup.
A And he came in. He said -- we just told him that he should go home. And when I was asked why we sent