**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AZELL MALONE,**<br>**Plaintiff**<br><br>**v.**<br><br>**LOCKHEED MARTIN CORPORATION and CARL SUPANCIC,**<br>**Defendants** | : | **C.A. No. 07-65-T** |

**PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Azell Malone, in the above-captioned matter, and hereby makes reply to Defendants' Objection to the Court's Report and Recommendation as to Defendants' Motion for Summary Judgment, and as grounds therefor and in support thereof relies on his Memorandum of Law filed simultaneously herewith.

WHEREFORE, the Plaintiff respectfully prays that Defendants' Objections be stricken.

PLAINTIFF
By his attorneys,
SIMS & SIMS LLP

August 13, 2008

/s/ Michael F. Drywa, Jr.
Michael F. Drywa, Jr. (#5999)
53 Arlington Street
P.O. Box 7367
Brockton, MA 02303
(508) 588-6900

**CERTIFICATE OF SERVICE**

I, Michael F. Drywa, Jr., hereby certify that the within Motion was served upon the below-named counsels of record via email and first class mail at the addresses listed and that same has been electronically filed and is available for viewing and downloading from the court's ECF system.

**Tamika R. Nordstrom, Esq.**
Miller & Martin PLLC
1170 Peachtree Street NE
Suite 800
Atlanta, GA 30309
tnordstrom@millermartin.com

**Mark T. Reynolds, Esq.**
REYNOLDS, DeMARCO & BOLAND, LTD.
146 Westminster Street, Suite 400
Providence, RI 02903
mtreynolds@conversent.net

/s/ Michael F. Drywa, Jr.
Michael F. Drywa, Jr., Esq. (#5999)
SIMS & SIMS LLP
53 Arlington Street
Brockton, MA 02303
508-588-6900