UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AZELL MALONE
    Plaintiff,

v.                                                                           C.A. No. 07-65-ML2

LOCKHEED MARTIN CORPORATION
and CARL SUPANCIC,
    Defendants.

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' objections to a Report and Recommendation issued by United States Magistrate Judge Lincoln D. Almond. Magistrate Judge Almond recommended that Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 be granted in limited part on Counts I and II solely as to Defendant Carl Supancic and otherwise denied.

The Court has reviewed the Report and Recommendation and Defendants' arguments in support of the objections. The Court finds that Defendants' objections are either without merit or were not properly raised before Magistrate Judge Almond. This Court adopts the Report and Recommendation in its entirety.

Defendants' motion for summary judgment is GRANTED only with respect to Counts I and II solely as to Defendant Carl Supancic. In all other respects, the motion is DENIED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Chief United States District Judge
February _4_ 2009.