# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

AZELL MALONE,
Plaintiff

    vs.                                      C.A. No. 07-65ML

LOCKHEED MARTIN CORPORATION,
CARL SUPANCIC,
Defendants

## JUDGMENT

[X] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the plaintiff Azell Malone, and against the defendants, Lockheed Martin Corporation and Carl Supancic, as follows: with respect to claims pursuant to Title VII, FEPA and RICRA, judgment enters for the plaintiff, Azell Malone, in the amount of $500,000 in compensatory damages, in the aggregate, and $500,000 in punitive damages, in the aggregate. With respect to the whistleblower claim, judgment enters for the plaintiff, Azell Malone, in the amount of $500,000 in compensatory damages.

                                                            Enter:

                                                            Deputy Clerk

Dated: May 14, 2009